Derick FALLIN, Petitioner-Appellant,

v.

J. SAAD, Warden, Respondent-Appellee.

No. 16-6935

United States Court of Appeals,
Fourth Circuit.

Submitted: January 5, 2017

Decided: January 10, 2017

Derick Fallin, Appellant Pro Se. Helen Campbell Altmeyer, Assistant United States Attorney, Wheeling, West Virginia; Erin K. Reisenweber, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derick Fallin, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Fallin v. Saad, No. 2:15–cv–00056–JPB–JES, 2016 WL 3546365 (N.D.W. Va. June 23, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED